Vesta Benton, appellee, v. Charles F. Dew, administrator of the estate of Martha Evans, deceased, appellant.

Claim against an estate for services rendered during last illness of deceased. Judgment for claimant in county court and, on appeal, in circuit court. Appeal from the Circuit Court of Marion county; the Hon. Thomas E. Ford, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed July 8, 1921.

Charles F. Dew and E. B. Vandervort, for appellant.   L. B. Skip-per, for appellee.
Mr. Justice Boggs delivered the opinion of the court.